## MOSS v. HERRING.

### May 6, 1837.

*Rule to amend the writ of attachment of execution.*

A writ of attachment of execution may be amended by the *præcipe* so as to be made returnable to the first day of the next term after issuing.

THIS was an attachment of execution, with a clause in the nature of a *scire facias*, against Robert Taylor, under the 35th section of the act of 16th June, 1836, relating to executions. The *præcipe* was to make the writ returnable on the first Monday of June, 1837, but the writ was made out by the prothonotary returnable to the first Monday of April, 1837; being a monthly return day.   The plaintiff obtained a rule to show cause why the writ should not be amended so as to make the return day on the first Monday of June, 1837; being the first day of the next term of the court.

*Hood*, for the rule.
*Kittera*, contra.

PER CURIAM.—The 35th section of the act of 16th June, 1836, prescribes that the debtor, &c. (garnishee,) shall be required to appear " at the next term of the court, or at such other time as the court from which such process may issue shall appoint." (*Stroud's Purd. tit. Execution.*)   Here the writ was made return-able to a monthly return day, and not to the " next term" of the court.   This was the accidental mistake of the prothonotary, and leave is given to amend the writ by the *præcipe*, and the court appoint the day named in the *præcipe* for the return of the writ.

Rule absolute.